UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2012 JUL 11 PM 1:56

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GABRIEL GUADALUPE REYES-MENDOZA,

Defendant.

CASE NO. 12-cr-02147-L

BY: W

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

8:1326(a) and (b) - Removed Alien Found in the United States (1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/11/12

William V. Gallo
U.S. Magistrate Judge